BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 2:11-CR-00443-KJN |
| )  Plaintiff,  )  | ORDER VACATING TRIAL CONFIRMATION HEARING, VACATING JURY TRIAL, |
| v.  )  | SETTING A CHANGE OF PLEA, and EXCLUDING TIME UNDER LOCAL CODES |
| TOMMIE JOHN WOODS, III, AND KIMBERLY TISHAN TIMMONS,  )  | T4 AND I |
| )  Defendant.  )  | Date:    July 18, 2012<br>Time:    9:00 a.m.<br>Judge:   Hon. Kendall J. Newman |

It is hereby ordered that the Trial Confirmation Hearing set for July 18, 2012, be vacated, that the Jury Trial set for August 20, 2012, be vacated, and that a Change of Plea be set for August 22, 2012, at 9:00 a.m.  Time is excluded from today's date through August 22, 2012, under Local Code T4 to allow adequate time for defense preparation, and Local Code I for consideration of pre-trial diversion.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE