1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 2:11-CR-00443-KJN
                                  )
12            Plaintiff,          )  ORDER SETTING STATUS CONFERENCE,
                                  )  and EXCLUDING TIME UNDER LOCAL
13      v.                        )  CODES T4 AND I
                                  )
14 TOMMIE JOHN WOODS, III, AND    )  Date:    August 22, 2012
   KIMBERLY TISHAN TIMMONS,       )  Time:    9:00 a.m.
15                                )  Judge:   Hon. Kendall J. Newman
              Defendant.          )
16 _____

17      It is hereby ordered that a Status Conference be set for Defendant

18 Tommie John Woods, III, on September 5, 2012, at 9:00 a.m. Time is

19 excluded from today's date through September 5, 2012, under Local Code

20 T4 to allow adequate time for defense preparation, and Local Code I for

21 consideration of deferred prosecution.  The Court finds that the ends

22 of justice served by granting this continuance outweigh the best

23 interests of the public and the defendant in a speedy trial.

24      IT IS SO ORDERED.

25 Dated: August 20, 2012

26

27                                _____
                                  KENDALL J. NEWMAN
28                                UNITED STATES MAGISTRATE JUDGE