```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00443-KJN |
| Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE COUNT ONE ONLY AS TO |
| v. | TOMMIE JOHN WOODS, III |
| TOMMIE JOHN WOODS, III, AND KIMBERLY TISHAN TIMMONS, | Date: September 5, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | |

It is hereby ordered that count one of the information in case number 2:11-CR-00443, is dismissed without prejudice only as to Tommie John Woods, III.

IT IS SO ORDERED.

Dated: August 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE