BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00443-KJN |
| Plaintiff, | ) | ORDER DISMISSING WITHOUT PREJUDICE COUNT ONE AS TO KIMBERLY TISHAN TIMMONS |
| v. | ) | |
| KIMBERLY TISHAN TIMMONS, | ) | Date:     March 27, 2012 |
| | ) | Time:     9:00 a.m. |
| Defendant. | ) | Judge:    Hon. Kendall J. Newman |

It is hereby ordered that count one of the information in case number 2:11-CR-00443, is dismissed without prejudice as to Kimberly Tishan Timmons.

IT IS SO ORDERED.

Dated: March 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE